UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RIVERS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 19-cv-06609-JSC<br><br>**ORDER TO SHOW CAUSE** |

Keith Rivers, who is proceeding without counsel, brings this action against the University of San Francisco ("the University") for alleged employment discrimination pursuant to Title VII of the Civil Rights Act of 1964. (Dkt. No. 11). The University's motion for judgment on the pleadings is pending before the Court. (Dkt. No. 19.) The Court's January 2020 scheduling order set a briefing and hearing schedule for the University's motion that required Plaintiff to submit his opposition by April 16, 2020 and set a hearing date of May 7, 2020. (Dkt. No. 18 at 1.) Plaintiff has not submitted an opposition or otherwise contacted the Court.

Accordingly, Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute. Plaintiff shall respond to this Order or file his opposition to the University's motion by May 21, 2020. The University may file its reply, if any, by May 28, 2020. The Court will take the matter under submission at that time. If Plaintiff does not respond to this Order or file an opposition to the University's motion by May 21, 2020, the Court will dismiss the action for failure to prosecute. Accordingly, the hearing on the motion currently scheduled for May 7 is vacated.

Dated: April 23, 2020

*Jacqueline Scott Corley*

JACQUELINE SCOTT CORLEY
United States Magistrate Judge